IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LifeWorks Technology Group LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>Walgreen Co.,<br><br>      Defendant. | Case No. 17-CV-03217<br><br>Hon. Gary Feinerman |

## MOTION FOR LEAVE TO WITHDRAW AS LOCAL COUNSEL FOR PLAINTIFF

Steven B. Towbin and Allison B. Hudson (collectively, "Counsel"), pursuant to Local Rule 83.17, move this Court (the "Motion") for entry of an order permitting them to withdraw as local counsel of record for plaintiff LifeWorks Technology Group LLC ("LifeWorks"). In support of the Motion, Counsel respectfully state as follows:

1. On April 28, 2017, Mr. Towbin filed his appearance as local counsel for LifeWorks (Dkt. No. 4). Mr. Towbin is a member of the Court's trial bar. On May 22, 2017, Ms. Hudson filed her appearance as local counsel for LifeWorks (Dkt. No. 16). Counsel were with the firm of Shaw Fishman Glantz & Towbin LLC at the time they filed their appearances.

2. Shaw Fishman Glantz & Towbin LLC recently merged with the law firm of Fox Rothschild LLP ("Fox Rothschild"), effective as of June 11, 2018.

3. Walgreen Co. is a current client of Fox Rothschild. As a result of the merger, Counsel now have a conflict of interest in representing LifeWorks as local counsel. Walgreen Co., after being informed of Counsel's conflict of interest, is unwilling to waive to conflict. Accordingly, Counsel seeks leave to withdraw as local counsel for LifeWorks.

4. Counsel has informed LifeWorks of their conflict of interest and LifeWorks is in the process of retaining substitute local counsel.

WHEREFORE, for the reasons stated herein, Steven B. Towbin and Allison B. Hudson respectfully request that the Court enter an order (i) permitting them to withdraw as local counsel of record for LifeWorks, and (ii) granting such other relief as is appropriate.

Respectfully submitted,

By: /s/ Allison Hudson
    Steven B. Towbin
    Allison Hudson
    Fox Rothschild LLP
    321 N. Clark Street
    Suite 800
    Chicago, IL 60654
    Telephone: (312) 541-0151
    Facsimile: (312) 980-3888